THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BIRDELLA SMITH, Defendant-Appellant.

(No. 59964;

First District (5th Division)—October 11, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Thomas F. Finegan, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and James S. Veldman, Assistant State's Attorneys, of counsel), for the People.